UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-22836-KMW

ROBERT JOHNSON,

    Petitioner,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*

    Respondents.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 44) ("Report") regarding Plaintiff's amended petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner filed objections to the Report ("Objections"). (DE 49.) Upon an independent review of the Report, the Objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 44) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>3rd</u> day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Robert Johnson
84223
Dade Correctional Institution
Inmate Mail / Parcels
19000 SW 377th Street
Florida City, FL 33034